IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CRIM. NO.: 5:18-CR-00334-FL

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| CHARLES EDWARD McRAE ) | |
| a/k/a CHARLES EDWARD McRAE, II ) | |
| Defendant ) | |

Upon motion of the United States and for the reasons stated in the Motion to Seal and good cause shown, it is hereby ORDERED that the Government's Memorandum in Response to the District Court's Request for Additional Briefing (Under Seal), filed at Docket Entry 35 be sealed, except that filed, stamped copies be provided to the United States Attorney's Office for the Eastern District of North Carolina and counsel for the defendant.

IT IS SO ORDERED, this __9th__ day of __September__, 2019.

_____
LOUISE W. FLANAGAN
United States District Court Judge

1